1  LAW OFFICES OF MICHAEL J. JAURIGUE
   MICHAEL J. JAURIGUE, Cal. Bar No. 208123
2  411 North Central Avenue, Suite 310
   Glendale, California 91203
3  Telephone:  (818) 432-3282
   Facsimile:  (888) 879-1697
4  michael@loomj.com

5

6  Attorneys for Plaintiffs
7  NERWIN DU and CHERYL DU, individuals

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 NERWIN DU and CHERYL DU,          CV09-04234 RSWL (Ex)
   individuals,
12                                   **COMPLAINT FOR:**
                Plaintiffs,
13                                   **(1) RESCISSION OF CONTRACT
        v.                               (MATERIAL
14                                       NONDISCLOSURE UNDER
   FREMONT REORGANIZING                  THE TRUTH IN LENDING
15 CORPORATION, F/K/A FREMONT            ACT)
   INVESTMENT & LOAN; FREMONT       (2) RESCISSION OF CONTRACT
16 GENERAL CORPORATION; LITTON          (LOAN DOCUMENTS NOT
   LOAN SERVICING, L.P., QUALITY        SIGNED BY BORROWERS)
17 LOAN SERVICE CORP., and DOES 1  (3) NEGLIGENCE**
   through 10, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

---
COMPLAINT FOR RESCISSION OF CONTRACT
AND NEGLIGENCE

Plaintiffs Nerwin Du and Chery Du ("Plaintiffs) for their Complaint against defendants Fremont Reorganizing Corporation ("Fremont"), Fremont General Corporation ("Fremont General"), Littton Loan Servicing L.P. ("Litton"), Quality Loan Servicing Corporation ("Quality"), and Does 1-10, alleges as follows:

## THE PARTIES

1. Plaintiffs Nerwin Du and Cheryl Du are residents of the state of California.

2. Fremont Reorganizing Corporation is duly incorporated under the laws of the State of California, having its principal place of business in Brea, California. Fremont Reorganizing Corporation is a subsidiary of Fremont General Corporation.

3. Fremont General is duly incorporated under the laws of the State of California, having its principal place of business in Brea, California. (Fremont General Corporation filed for Chapter 11 bankruptcy on June 18, 2008).

4. Litton Loan Servicing is a limited partnership under the laws of the State of Delaware, having its principal place of business in Houston, Texas.

5. Quality Loan Service Corporation is duly incorporated under the laws of the State of California, having its principal place of business in San Diego, California.

6. Does 1 through 10, inclusive, are sued herein under fictitious names for the reason that their true names and capacities (whether individuals, associations, partnerships, sole proprietorships, corporations or otherwise) are unknown to Plaintiffs. Plaintiffs will seek leave of this Court to amend this complaint to insert the true names and capacities of such fictitious defendants when their true names and capacities are ascertained. Plaintiffs allege on information and belief that Does 1 through 10, inclusive, and each of them, engaged in conduct or committed acts or omissions which proximately caused or contributed to the alleged injury, damages or losses, in some manner, claimed by Plaintiffs in this action.

## JURISDICTION AND VENUE

7. The court has subject matter jurisdiction over the action under Sections 1331 and 1337 of the United States Code. The Truth in Lending Act and Regulation Z are found in the United States Code (satisfying 1331) and regulate interstate commerce (satisfying 1337).

8. The venue is proper because the claim arose in the district and the property that is subject to the action is situated within the district. (28 U.S.C. 1391).

## FACTUAL BACKGROUND

9. Plaintiffs own the home located at 25948 N. Tennyson Lane, Stevenson Ranch, CA 91381 ("Home") as joint tenants.

10. Plaintiffs purchased the home in June 2005. The lender for the Plaintiffs' acquisition of the home has not been named as a defendant in this complaint.

11. On June 14, 2006, Fremont made two loans ("Loans") to Plaintiffs for the purpose of a cash-out refinance of the existing loan. The loans are in the principal amounts of $856,000.00 and $214,000.00. The first loan is a 30 year adjustable rate mortgage (A.R.M.) with an initial interest rate of 6.99%, adjusting at 4.71% plus LIBOR, with a floor of 6.99% and a ceiling of 12.99%. The second loan is a 30 year fixed rate mortgage with an interest rate of 10.25% per year.

12. Defendants Fremont and Litton are creditors within the meaning of the Truth in Lending Act and Regulation Z. Defendants regularly extend credit that is subject to a finance charge or is payable by written agreement in more than four installments, and the loan obligations are initially payable to Defendants on the face of the note.

13. On June 5, 2009 a Notice of Default was recorded against the Home by Defendant Quality.

## FIRST CAUSE OF ACTION

### (Rescission of Contract for Material Nondisclosure Under The Truth In Lending Act)

14. In the documents relating to the Loans ("Loan Agreements"), Defendants failed to make several material disclosures in the Loan Agreements in violation of the Truth in Lending Act and Regulation Z, as set forth below. As a result of Defendants' violations, Plaintiffs' right of rescission has been extended to three years after the date of consummation of the transaction.

15. Defendant Fremont failed to clearly and conspicuously disclose the date the rescission period expires, in violation of Section 226.23 of Regulation Z.

16. Defendant Fremont failed to provide the *Consumer Handbook on Adjustable Rate Mortgages*, in violation of Section 226.19 of Regulation Z.

17. Defendant Fremont failed to disclose the finance prepaid finance charge, in violation of Section 226.18 of Regulation Z.

18. Defendant Fremont failed to disclose that the variable-rate disclosures have been provided earlier, in violation of Section 226.18 of Regulation Z.

19. Defendant Fremont failed to make disclosures pertaining to variable-rate adjustments required under Section 226.20 of Regulation Z.

20. Plaintiffs hereby intend for service of this Complaint to serve as notice of rescission of the Loan Agreements.

## SECOND CAUSE OF ACTION

### (Rescission of Contract for failure to obtain Plaintiffs' Signatures on Loan Documents)

21. Defendants failed to obtain the Plaintiffs' signatures on several of the Loan Agreements. Documents in writing require signatures to demonstrate mutual assent. Absent Plaintiffs' signatures, the Plaintiffs have a right to rescind the contract and/or cancel the contract as void.

**THIRD CAUSE OF ACTION**

**(Negligence)**

22.  Defendants failed to obtain the Plaintiffs' signatures on several of the Loan Agreements. Documents in writing require signatures to demonstrate mutual assent. Defendant had a duty of due care to confirm Plaintiffs assent to the agreements. Defendants' failure to obtain the Plaintiffs' signatures constitutes a breach of said duty. As a direct and proximate result of defendant's breach of its duty of care, Plaintiffs' have suffered injuries and damages in an amount to be determined at trial.

**PRAYER**

WHEREFORE, Plaintiffs pray for relief as follows:

1. A temporary restraining order, restraining Defendants from, in any manner, attempting to enforce the Loan Agreements against Plaintiffs, including any efforts to foreclose upon their home.

2. An Order to Show Cause why a preliminary injunction should not issue, enjoining Defendants from in any manner attempting to enforce the Loan Agreements against Plaintiffs, including any efforts to foreclose upon her Home.

3. That any agreements that purport to bind Plaintiffs in relation to the loans be rescinded;

4. That any agreements that purport to bind the Plaintiffs to the loans be cancelled as void.

5. That any obligations of Plaintiffs based on, or rights of others against Plaintiffs in relation to, the Loan Agreements be declared void.

6. For consequential damages in an amount to be determined at trial;

7. That Defendants be ordered to pay attorneys' fees;

8. That all defendants be ordered to pay Plaintiffs' restitution, in an amount to be determined at trial, for money or property wrongly obtained;

9. Such further relief as the Court may deem proper and just.

Dated: June 12, 2009

LAW OFFICES OF MICHAEL J. JAURIGUE

By _____
MICHAEL J. JAURIGUE

Attorneys for Plaintiff
NERWIN DU and CHERYL DU

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury of any and all issues triable of right by a jury.

Dated: June 12, 2009

LAW OFFICES OF MICHAEL J. JAURIGUE

By _____
MICHAEL J. JAURIGUE

Attorneys for Plaintiffs
NERWIN DU and CHERYL DU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV09- 4234 RSWL (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Michael J. Jaurigue, Cal. Bar No. 208123
Law Offices of Michael J. Jaurigue
411 N. Central Ave., Suite 310
Glendale, CA 91203
Telephone: (818) 432-3220
Facsimile: (888) 879-1697

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERWIN DU and CHERYL DU, individuals, <br><br> PLAINTIFF(S) <br> v. <br> FREMONT REORGANIZING CORPORATION, F/K/A FREMONT INVESTMENT & LOAN <br> (See Attached) <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV09-04234 RSWL (Ex) <br><br> SUMMONS |

TO: DEFENDANT(S): FREMONT GENERAL CORPORATION; LITTON LOAN SERVICING, L.P.; QUALITY LOAN SERVICE CORP; and DOES 1 through 10, inclusive

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Michael J. Jaurigue, Esq.__, whose address is __411 N. Central Ave., Glendale, CA 91203__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN 12 2009__   By: __LA'REE HORN__
                                Deputy Clerk
                                (Seal of the Court)

1192

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (12/07)   SUMMONS

LAW OFFICES OF MICHAEL J. JAURIGUE

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NERWIN DU and CHERYL DU, individuals,

**DEFENDANTS**
FREMONT REORGANIZING CORPORATION, F/K/A FREMONT INVESTMENT & LOAN; FREMONT GENERAL CORPORATION; LITTON LOAN SERVICING, L.P., QUALITY LOAN SERVICE CORP.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

LAW OFFICES OF MICHAEL J. JAURIGUE
411 North Central Avenue, Suite 310, Glendale, CA 91203
(818) 432-3220

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ Over jurisdictional minimum

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☒ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV09-04234**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Texas<br>San Diego County<br>Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_ Date 6/12/09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |