JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 09-04234 SJO (Ex)   **DATE:** May 26, 2010

**TITLE:** Nerwin Du v. Fremont Reorganizing Corporation, et al.

====================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                     Not Present

====================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of plaintiff's notice of voluntary dismissal without prejudice filed 5/26/10. Accordingly, the Court Orders this matter dismissed pursuant to said notice of dismissal. All hearing dates are vacated and taken off the Court's calendar.